```
1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. <br> a California Corporation <br>       Plaintiff, <br>   vs. <br><br> ESPERANZA GONZALEZ <br> individually and dba MARISCOS PERLA BLANCA, jointly and severally <br>       Defendant | 02-CV-04174-HLH (Rz) <br><br> **RENEWAL OF DEFAULT JUDGMENT** <br> **BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on August 20, 2002, against defendants, **ESPERANZA GONZALEZ individually and dba MARISCOS PERLA BLANCA, jointly and severally**, is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $6,120.80 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 6,120.80 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 6,120.80 |
| g. Interest after judgment | 1,516.36 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **7,637.16** |

DATED: 07/19/12            Clerk by      Lori Muraoka, Deputy Clerk

U.S. District Court